SARA D. COLLINS, complainant and respondent,

*v.*

MARY C. LEARY et al., defendants and appellants.

[Argued June 22d, 1908. Decided November 16th, 1908.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *71 Atl. Rep. 603.*

*Mr. John M. Enright,* for the appellants.

*Messrs. McCarter & English,* for the respondents.

PER CURIAM.

The order under review herein will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Howell.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—15.

*For reversal*—PARKER—1.